2006R00100

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mary L. Cooper |
| v. | : | Criminal No. 08-899 |
| KENNETH HILL | : | 26 U.S.C. § 7201<br>18 U.S.C. § 2 |

INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

1.  At all times relevant to this Information, defendant KENNETH HILL resided in Monmouth County, New Jersey and worked for companies owned and controlled by Philip N. Burgess, Jr., a co-schemer who is not named as a defendant herein ("Burgess").

2.  Prior to 2003, defendant HILL agreed with Burgess that he would receive portions of his employment compensation without those amounts being reported to the Internal Revenue Service ("Off the Books Payments").

3.  During the tax year ending December 31, 2003, pursuant to his agreement with Burgess, defendant HILL received approximately $250,000 in employment compensation, which included approximately $90,000 in Off the Books Payments.

4.  For the tax year ending December 31, 2003, defendant HILL knowingly caused to be filed a Joint U.S. Individual Income Tax Return, Form 1040, in which he failed to declare as income

the Off the Books Payments that he had received during 2003.

5. During the tax year ending December 31, 2004, pursuant to his agreement with Burgess, defendant HILL received approximately $225,000 in employment compensation, which included approximately $47,000 in Off the Books Payments.

6. For the tax year ending December 31, 2004, defendant HILL knowingly caused to be filed a Joint U.S. Individual Income Tax Return, Form 1040, in which he failed to declare as income the Off the Books Payments that he had received during 2004.

7. On or about September 8, 2005, in the District of New Jersey and elsewhere, defendant

KENNETH HILL

did knowingly and willfully attempt to evade and defeat an income tax due and owing to the United States by causing to be filed with the Internal Revenue Service a false and fraudulent Joint U.S. Individual Income Tax Return, Form 1040, knowing it to be false and fraudulent as to material matters, namely, that it failed to declare as income the Off the Books Payments that he had received from Burgess, as described in paragraphs 5 and 6.

In violation of Title 26, United States Code, Section 7201, and Title 18, United States Code, Section 2.

RALPH J. MARRA, JR.
Acting United States Attorney

CASE NUMBER: _____

**United States District Court**
**District of New Jersey**

UNITED STATES OF AMERICA

v.

KENNETH HILL

**INFORMATION FOR**

26 U.S.C. § 7201 and
18 U.S.C. § 2

RALPH J. MARRA, JR.
ACTING U.S. ATTORNEY
NEWARK, NEW JERSEY

SETH B. KOSTO
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2737