JAMES J. LEONARD
ATTORNEY AT LAW
1200 ATLANTIC AVENUE
ATLANTIC CITY, NJ 08401

UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA : Docket # RG-070443-0000
Case # 08-CR-899

Plaintiff :

vs. :

KENNETH HILL : ORDER

Defendant :

RECEIVED
SEP 15 2009
AT 8:30
WILLIAM T. WALSH —M
CLERK

This matter, having been brought before the Court by James J. Leonard, Esquire, attorney for Defendant, for an Order compelling the release of property of Judgment.

It is on this 16th Day of SEPT., 2009;

ORDERED, the a certain Appearance and Compliance Bond dated 12/10/2008 made to secure payment of $100,000.00, recorded or registered with the Superior Court of New Jersey on January 7, 2009, bearing Judgment # RG-070443-000, Case Number 08-CR-899 be removed from property known as 3 Yorkville Terrace, Township of Upper Freehold, County of Monmouth, State of New Jersey, a/k/a Lot 2, Block 46.01 from said Judgment/Bond.

~~It is further ORDERED that a copy of this Order shall be served upon all interested parties within ____ days from the date hereof.~~

_____
The Hon. Mary L. Cooper