UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON**  **April 7, 2010**
OFFICE  DATE OF PROCEEDINGS

**JUDGE MARY L. COOPER**
**COURT REPORTER:** Jaweia Campbell, ESR
**DEPUTY CLERK:** Elizabeth Heffner

**TITLE OF CASE**:  CR 08-899(MLC)

UNITED STATES OF AMERICA
vs.
KENNETH HILL

**APPEARANCES:**

Seth Kosto, AUSA for government
James Leonard, Esq., for defendant
Lisa Trimboli, Probation Officer present.
Defendant present.

**NATURE OF PROCEEDINGS:**
Status conference in chambers.

SENTENCE: Count 1.
PROBATION: 1 year.
FINE: $1000.
SPECIAL ASSESSMENT: $100.

Defendant advised of his right to appeal.


**Commenced: 1:00pm**
**Adjourned:   2:15pm**

s/Elizabeth Heffner
**Deputy Clerk**