RECEIVED

MAY 0 3 2010

April 27th, 2010    AT 8:30 _____ M
                    WILLIAM T. WALSH
                    CLERK

**VIA US MAIL**
The Honorable Judge Mary L. Cooper
United States District Court
Clarkson S. Fisher Federal Building          08-899
402 East State Street
Trenton, NJ 08608

                                              ORDER

RE: Travel For Kenneth Hill

Dear Judge Cooper:

I am writing you to request the Courts permission to travel for work. My employer has requested my presence in Detroit Michigan from May 17th – May 21st 2010. This is the first time my new employer has requested my presence at their facilities in Detroit. The timing is critical due to the nature of the projects I am working on and the upcoming deadlines.

I thank you in advance for your consideration.

Sincerely,

Kenneth H Hill
104 S Main St
Allentown, NJ 08501
609-731-6023


MAY 3, 2010          SO ORDERED: _____Mary L. Cooper_____
                                  MARY L. COOPER, U.S.D.J.