**CLERK, U.S. DISTRICT COURT**
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608

OFFICIAL BUSINESS

RECEIVED
MAY - 5 2010
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

NIXIE          080  BE  1          B4 03/03/10
               RETURN TO SENDER
               ATTEMPTED - NOT KNOWN
               UNABLE TO FORWARD

BC: 08608150020     *0451-00945-30-40

James J. Leonard, Esq.
339 Front Street
Suite B
Camden, New Jersey  08401

08102$1647 C004
08608@1500